UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MITCHELL, JAMES WILLIAM | ) Case No. 08-12718TUC JMM |
| MITCHELL, ELAINE ANNA | ) |
| | ) PETITION TO PAY |
| | ) DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) $5.00 TO THE CLERK OF THE |
| | ) U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend in an amount less than $5.00 was declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 10 | GE Money Bank, dba WALMART<br>Recovery Management Systems Corp.<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $ 2.32 |
| | TOTAL: | $ 2.32 |

March 12, 2010 /s/ Gayle E. Mills
Date Gayle E. Mills, Trustee